**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  February 18, 2016 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer:  Gary Kruck for Justine Kozak | |

**CASE NO.   15-cr-00054-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Kurt Bohn |
| Plaintiff, | |
| v. | |
| 2.  ANN MARIE MCNEAL, | Jonathan Willett |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:**      2:58 p.m.
Appearances of counsel.   Defendant is present and on bond.

Defendant was found guilty by a jury verdict on October 22, 2015, to Count 4 of the Indictment.

Discussion held regarding pending motions and objections.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ANN MARIE MCNEAL, is sentenced to **probation for a term of three (3) years.**

**ORDERED: Mandatory Conditions of Supervision:**
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED: Special Conditions of Supervision:**
- (**X**) Defendant shall be placed on home detention for a period of three (3) months, to commence within 21 days of sentencing.  During this period, the defendant shall remain at her place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer.  This period of home detention shall be enforced by electronic monitoring.  To permit this monitoring, the defendant shall maintain a telephone at her place of residence without any special services, modems, answering machines, or cordless telephones.  Defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer.  Defendant shall pay the cost of electronic monitoring as directed by the probation officer.
- (**X**) Defendant shall complete 100 hours of community service during her term of probation as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence and Sentencing Memorandum (Doc. 336) is GRANTED as stated on the record.

**ORDERED:** Bond is continued.

**Court in recess:**   **4:10 p.m.**
Hearing concluded.
Total time:          1:12